Judgment in a Civil Case
_____

## United States District Court
### WESTERN DISTRICT OF NEW YORK

Hector L. Valentin

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 11-CV-6238

v.

City of Rochester et al.,

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this entire action is dismissed with prejudice.

Date: October 25, 2018

MARY C. LOEWENGUTH
CLERK OF COURT

By: Barbara Keenan
    Deputy Clerk